**Ernest L. DIXON, Plaintiff,**

v.

**VIRGINIA AIR AND SPACE CTR., Defendant.**

**Civil Action No. 08–2013.**

United States District Court, District of Columbia.

Nov. 24, 2008.

Ernest L. Dixon, pro se.

### MEMORANDUM OPINION

ELLEN S. HUVELLE, District Judge.

Plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis.* His application will be granted, but his complaint will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The complaint identifies the plaintiff as a retired admiral and gives the plaintiff's address as 1600 Pennsylvania Avenue, Washington, D.C. Plaintiff is suing the defendant "for all my earning and I want everyone to leave the keys and vacate the premises [im]mediately." (Compl. at 1.)

Where a plaintiff is proceeding *in forma pauperis,* a court is obligated to review the complaint and dismiss it if it is frivolous. This complaint presents the sort of "fantastic and delusional scenario" that warrants immediate dismissal, *Neitzke v. Williams,* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989), and will be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). A related Order accompanies this Memorandum Opinion.